# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, <br><br> DEBTOR. | CHAPTER 11 <br><br> CASE NO. 10-13528 |
| CLAUDE YOUNG; et al., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN; et al. <br><br> *Defendants.* | ADVERSARY NO. 10-01176 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Brandee L. Bruening and the law firm of Crowe & Dunlevy, PC, hereby enter an appearance as counsel of record in the above-captioned case for Creditors American General Life Insurance Company, American General Securities, Inc., now known as SagePoint Financial Advisors, Inc., and The United States Life Insurance Company in the City of New York and hereby request copies of all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith.

Dated this 5th day of May, 2011

Respectfully Submitted,

/s/ *Brandee L. Bruening*
Brandee L. Bruening, OBA #22507
William H. Hoch, OBA #15788
CROWE & DUNLEVY
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma  73102
Telephone:  405-239-6692
Facsimile:  405-272-5240

and

Robert B. Millner
Christopher D. Soper
SNR DENTON US LLP
233 S. Wacker Dr., Suite 7800
Chicago, Illinois  60606-6404
Telephone:  312-876-8000
Facsimile:  312-876-7934

and

Lee E. Bains, Jr.
Stephen C. Jackson
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone:  205-254-1172
Facsimile:  205-714-6337

Attorneys for American General Life Insurance Company, American General Securities, Inc., now known as SagePoint Financial Advisors, Inc., and United States Life Insurance Company In The City Of New York

## **CERTIFICATE OF SERVICE**

I hereby certify that the above-referenced document was served via the Court's Electronic Mailing System on the 5th day of May, 2011 as follows:

Joseph A. Friedman on behalf of Defendant Aviva Life and Annuity\
jfriedman@krcl.com; ecf@krcl.com

Fred A. Leibrock on behalf of Defendant Republic Bank & Trust
faleibrock@phillipsmurrah.com, knogle@phillipsmurrah.com;ecf@phillipsmurrah.com

Erin K Lovall on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
elovall@fslhlaw.com,
pfranklin@fslhlaw.com;dskierski@fslhlaw.com;mholmes@fslhlaw.com

John M Malesovas on behalf of Plaintiff Aberty Corporation
john@malesovas.com, marisela@malesovas.com

Robert B Millner on behalf of Creditor American General Life Insurance Company
robert.millner@snrdenton.com

Willaim H. Hoch on behalf of Defendant American General Life Insurance Company
hochw@crowedunlevy.com; donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

Regan Strickland Beatty on behalf of Defendant American General Life Insurance Company
beattyr@crowedunlevy.com; donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

R. Keith Johnston on behal of Defendant Indianapolis Life Insurance Company
kjohnston@wbsvlaw.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com;
jstenson@wbsvlaw.com; mwoods@wbsvlaw.com

John Justin Johnston on behalf of David Cline
jjohnston@whmlaw.net; bwalters@whmlaw.net; juliebaswell@whmlaw.net

G. Blaine Schwabe on behalf of Defendant, Millennium Multiple Employer Welfare Benefit Plan
gschwabe@mswerb.com; swilliams@mswerb.com

Jeffery K. Work on behalf of Defendant Wilshire-Pennington Group, Inc.
jwork@gordonrees.com; lroberts@gordonrees.com; prodriquez@gordonrees.com'

James R. Wyrsch on behalf of Defendant David Cline
jimwyrsch@whmlaw.net; bwalters@whmlaw.net; juliebaswell@whmlaw.net

 I also hereby certify that the above-referenced document was mailed via the United States Postal Service, postage prepaid, on the 5th day of May, to the following:

La Toyia Pierce on behalf of Glen Arons and Tony Bonnano
Helsee Schwartz, LLP
6688 North Central Expressway, Ste. 850
Dallas, TX  75206

Stephen C. Jackson and Lee E. Bains on behalf of Defendant American General Life Insurance Company
Maynard Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Colin R. Batchelor on behalf of Defendant Milliman, Inc.
1717 Main Street, Suite 5400
Dallas, TX  75201

Robert Alan Bragalone on behalf of Defendant White Financial Group LLC
2100 Ross Avenue, Suite 2800
Dallas, TX  75201

Craig Brinker on behalf of Defendant Ridge Insurance, Inc.
6688 N Central Expressway, Suite 850
Dallas, TX  75206

Karan Cummings Ciotti on behalf of Defendant Guardian Life Insurance Company
Ogden Gibson Brooks Longoria & Hall
1900 Pennzoil South Tower
711 Louisiana Street
Houston, TX  77002

Jonathon Cocks
3205 Walker Drive
Richardson, TX  75082

Dale Ossip JOhnson on behalf of Defendant Larry Cress
The Johnson Firm
P.O. Box 427
Cedar Park, TX 78630-0427

John Duvall
1431 Bayshore Drive
Kemah, Texas 77565

Joe Sibley on behalf of Defendant David Esman
Camara & Sibley, L.L.P.
2339 University Blvd.
Houston. TX  77005

Larry E. Kelly on behalf of Plaintiff Aberty Corporation
5400 Bosque Blvd., Ste 302
Waco, TX  76710

Gary Kessler on behalf of Defendant Greg Smith and Smith Financial Group
2100 Ross Avenue, Suite 750
Dallas, TX  75201-2717

Glenn Russell LeMay on behalf of Defendant White Financial Group LLC
1900 West Loop South, Suite 1000
Houston, TX  77027

R. Timothy Muth on behalf of Defendant Milliman, Inc.
1000 North Water Street, Suite 1700
Milwaukee, WI  53202

Timothy Orourke
14303 Golf View Trail
Houston, TX  77509

LaToyia Watkins Pierce on behalf of Defendant The Wellington Group
6688 N. Central Expressway, Suite 850
Dallas, TX  77056

Matthew G. Pletcher and David A. Clark on behalf of Defendant Innovus Financial Solutions, Inc.
1300 Post Oak Boulevard, Suite 2500
Houston, TX  77056

Jo Christine Reed on behalf of Defendant American General Life Insurance Company
1221 Avenue of the Americas
New York, NY  10020

Julia Ann Dobbins
Hunter Brandon Jones
777 Main Street, Suite 3800
Fort Worth, TX  76102

Jennifer O'Hara Calvin
6688 North Central Expressway, Ste. 850
Dallas, TX  75206

Jay Kurtis Gray
45114 Travis Street, Ste. 300
Dallas, TX  74205

Thomas A. Labuda and Christopher Sopher on behalf of Defendant American General Life Insurance Company
233 S. Wacker Drive, Ste. 7800
Chicago, IL  60606

Katheen Peer
15 Church Street
Stuyvesant, NY 12173

Michael P. Massad
1201 Elm Street, Ste. 5400
Dallas, TX 75270

Shawn W. Phelan
700 N. Pearl, 25th Floor
Dallas, TX 75201

David R. Woodward on behalf of Defendants, Medalist LLC; Medalist Marketing Group; Gary Thornhill and Thornill Assurance Services, Inc.
Cobb Martinez Woodward, PLLC
1700 Pacific Avenue, Ste. 4545
Dallas, TX 75201

Timothy Moore on behalf of TR Moore & Company, P.C.
2603 Augusta Drive, Ste. 1100
Houston, TX 77057

Alison H. Moore
Thompson Coe Cousins & Irons, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, TX 75202


              *s/ Brandee L. Bruening*
              Brandee L. Bruening