## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

MILLENNIUM MULTIPLE
EMPLOYER WELFARE BENEFIT
PLAN,

DEBTOR.

CASE NO. 10-13528
CHAPTER 11

CLAUDE YOUNG; et al.

    *Plaintiffs,*

        v.

THE MILLENNIUM MULTIPLE
EMPLOYER WELFARE BENEFIT
PLAN; et al.,

    *Defendants.*

ADVERSARY NO. 10-01176

## JOINT MOTION TO DISMISS AMERICAN GENERAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Bankr. R. 7041, Plaintiffs and Defendants American General Life Insurance Company, the United States Life Insurance Company in the City of New York and SagePoint Financial Advisors, Inc. (f/k/a American General Securities, Inc.) (together, "American General") move this Court for an Order dismissing with prejudice all claims of the Plaintiffs against American General, with each party to bear their or its own costs. This motion does not affect Plaintiffs' claims against the remaining defendants or American General's crossclaim. Plaintiffs and American General further move for a finding, pursuant to Rule 54(b), FRCP and Bankr. R. 7054, that there is no just reason for delay and that the order

2189865

of dismissal is a Final Judgment with respect to Plaintiffs' claims against American General.

Respectfully submitted,

*s/John Malesovas*_____

John Malesovas
MALESOVAS LAW FIRM
816 Congress, Ste. 1265
Austin, Texas 78701
(512) 708-1777
(512) 708-1779 (Fax)

And

Anthony L. Vitullo
Laura Richards Sherry
FEE SMITH SHARP & VITULLO, LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240

Attorneys for Plaintiffs


*s/ William H. Hoch*_____

William H. Hoch, OBA #15788
CROWE & DUNLEVY,PC
20 N. Broadway, Ste. 1800
Oklahoma City, OK  73102
(405) 235-7700
(405) 239-6651 (Fax)

And

Robert B. Millner
SNR Denton US LLP
233 S. Wacker Dr., Ste. 7800
Chicago, IL  60606-6404

2189865

02179060.1

and

Stephen C. Jackson
Tres Cleveland
MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203

Attorneys for Defendants American General Life Insurance Company, the United States Life Insurance Company in the City of New York and SagePoint Financial Advisors, Inc. (f/k/a American General Securities, Inc.)

## CERTIFICATE OF SERVICE

I hereby certify that the above-referenced document was served via the Court's Electronic Mailing System on the 23rd day of June, 2011 as follows:

Joseph A. Friedman on behalf of Defendant Aviva Life and Annuity\
jfriedman@krcl.com; ecf@krcl.com

Fred A. Leibrock on behalf of Defendant Republic Bank & Trust
faleibrock@phillipsmurrah.com, knogle@phillipsmurrah.com;ecf@phillipsmurrah.com

Erin K Lovall on behalf of Debtor Millennium Multiple Employer Welfare Benefit Plan
elovall@fslhlaw.com,
pfranklin@fslhlaw.com;dskierski@fslhlaw.com;mholmes@fslhlaw.com

John M Malesovas on behalf of Plaintiff Aberty Corporation
john@malesovas.com, marisela@malesovas.com

Robert B Millner on behalf of Creditor American General Life Insurance Company
robert.millner@snrdenton.com

Willaim H. Hoch on behalf of Defendant American General Life Insurance Company
hochw@crowedunlevy.com; donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

2189865

02179060.1

Regan Strickland Beatty on behalf of Defendant American General Life Insurance
Company
beattyr@crowedunlevy.com; donna.hinkle@crowedunlevy.com;
kerryann.wagoner@crowedunlevy.com; ecf@crowedunlevy.com

R. Keith Johnston on behal of Defendant Indianapolis Life Insurance Company
kjohnston@wbsvlaw.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com;
jstenson@wbsvlaw.com; mwoods@wbsvlaw.com

John Justin Johnston on behalf of David Cline
jjohnston@whmlaw.net; bwalters@whmlaw.net; juliebaswell@whmlaw.net

G. Blaine Schwabe on behalf of Defendant, Millennium Multiple Employer Welfare
Benefit Plan
gschwabe@mswerb.com; swilliams@mswerb.com

Jeffery K. Work on behalf of Defendant Wilshire-Pennington Group, Inc.
jwork@gordonrees.com; lroberts@gordonrees.com; prodriquez@gordonrees.com'

James R. Wyrsch on behalf of Defendant David Cline
jimwyrsch@whmlaw.net; bwalters@whmlaw.net; juliebaswell@whmlaw.net

I also hereby certify that the above-referenced document was mailed via the United
States Postal Service, postage prepaid, on the 23rd day of June to the following:

La Toyia Pierce on behalf of Glen Arons and Tony Bonnano
Helsee Schwartz, LLP
6688 North Central Expressway, Ste. 850
Dallas, TX  75206

Stephen C. Jackson and Lee E. Bains on behalf of Defendant American General Life
Insurance Company
Maynard Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Colin R. Batchelor on behalf of Defendant Milliman, Inc.
1717 Main Street, Suite 5400
Dallas, TX  75201

2189865

Robert Alan Bragalone on behalf of Defendant White Financial Group LLC
2100 Ross Avenue, Suite 2800
Dallas, TX  75201

Craig Brinker on behalf of Defendant Ridge Insurance, Inc.
6688 N Central Expressway, Suite 850
Dallas, TX  75206

Karan Cummings Ciotti on behalf of Defendant Guardian Life Insurance Company
Ogden Gibson Brooks Longoria & Hall
1900 Pennzoil South Tower
711 Louisiana Street
Houston, TX  77002

Jonathon Cocks
3205 Walker Drive
Richardson, TX  75082

Dale Ossip JOhnson on behalf of Defendant Larry Cress
The Johnson Firm
P.O. Box 427
Cedar Park, TX 78630-0427

John Duvall
1431 Bayshore Drive
Kemah, Texas 77565

Joe Sibley on behalf of Defendant David Esman
Camara & Sibley, L.L.P.
2339 University Blvd.
Houston. TX  77005

Larry E. Kelly on behalf of Plaintiff Aberty Corporation
5400 Bosque Blvd., Ste 302
Waco, TX  76710

Gary Kessler on behalf of Defendant Greg Smith and Smith Financial Group
2100 Ross Avenue, Suite 750
Dallas, TX  75201-2717

Glenn Russell LeMay on behalf of Defendant White Financial Group LLC
1900 West Loop South, Suite 1000
Houston, TX  77027

2189865

R. Timothy Muth on behalf of Defendant Milliman, Inc.
1000 North Water Street, Suite 1700
Milwaukee, WI  53202

Timothy Orourke
14303 Golf View Trail
Houston, TX  77509

LaToyia Watkins Pierce on behalf of Defendant The Wellington Group
6688 N. Central Expressway, Suite 850
Dallas, TX  77056

Matthew G. Pletcher and David A. Clark on behalf of Defendant Innovus Financial
Solutions, Inc.
1300 Post Oak Boulevard, Suite 2500
Houston, TX  77056

Jo Christine Reed on behalf of Defendant American General Life Insurance Company
1221 Avenue of the Americas
New York, NY  10020

Julia Ann Dobbins
Hunter Brandon Jones
777 Main Street, Suite 3800
Fort Worth, TX  76102

Jennifer O'Hara Calvin
6688 North Central Expressway, Ste. 850
Dallas, TX  75206

Jay Kurtis Gray
45114 Travis Street, Ste. 300
Dallas, TX  74205

Thomas A. Labuda and Christopher Sopher on behalf of Defendant American General
Life Insurance Company
233 S. Wacker Drive, Ste. 7800
Chicago, IL  60606

Katheen Peer
15 Church Street
Stuyvesant, NY 12173

2189865

02179060.1

Michael P. Massad
1201 Elm Street, Ste. 5400
Dallas, TX  75270

Shawn W. Phelan
700 N. Pearl, 25th Floor
Dallas, TX  75201

David R. Woodward on behalf of Defendants, Medalist LLC; Medalist Marketing Group;
Gary Thornhill and Thornill Assurance Services, Inc.
Cobb Martinez Woodward, PLLC
1700 Pacific Avenue, Ste. 4545
Dallas, TX  75201

Timothy Moore on behalf of TR Moore & Company, P.C.
2603 Augusta Drive, Ste. 1100
Houston, TX  77057

Alison H. Moore
Thompson Coe Cousins & Irons, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, TX  75202

_s/William H. Hoch_
William H. Hoch

2189865

02179060.1