# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>THE MILLENNIUM MULTIPLE<br>EMPLOYER WELFARE BENEFIT PLAN,<br><br>    Debtor.<br><br>CLAUDE YOUNG, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE MILLENNIUM MULTIPLE<br>EMPLOYER WELFARE BENEFIT PLAN,<br>*et al.*,<br><br>    Defendants. | Case No. 10-13528<br><br>Chapter 11<br><br><br><br>Adversary No. 10-01176 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Movant The Millennium Multiple Employer Welfare Benefit Plan, hereby withdraws the *Debtor's Motion for Partial Summary Judgment Against Adversary Plaintiff Lincom, LLC with Respect to Debtor's Counterclaims for Indemnification – Opening Brief* [Docket No. 36] without prejudice to the re-filing of same.

Dated: July 6, 2011

Respectfully submitted,

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION

By: /s/ *Rachael L. Smiley*
Jacob L. Newton (admitted *pro hac vice*)
Cliff I. Taylor
Rachael L. Smiley (admitted *pro hac vice*)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900 (Telephone)
(214) 969-4999 (Facsimile)

**ATTORNEYS FOR
STEVEN A. FELSENTHAL,
MILLENNIUM LIQUIDATION TRUSTEE**