**Dated: July 15, 2011 14:55:32**

**The following is ORDERED:**



T.M. Weaver
United States Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN, <br><br> DEBTOR. | CASE NO. 10-13528 <br> CHAPTER 11 |
| CLAUDE YOUNG; et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> THE MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN; et al., <br><br> *Defendants.* | ADVERSARY NO. 10-01176 |

**ORDER OF DISMISSAL OF AMERICAN GENERAL LIFE INSURANCE COMPANY, SAGEPOINT FINANCIAL ADVISORS, INC. (F/K/A AMERICAN**

2216390

## GENERAL SECURITIES INC.) AND THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK WITH PREJUDICE

Plaintiffs, Claude Young, et al. and Defendants American General Life Insurance Company, SagePoint Financial Advisors, Inc. (f/k/a American General Securities, Inc.), and The United States Life Insurance Company in the City of New York (together, "American General") having jointly moved to dismiss with prejudice all claims of Plaintiffs against American General (the Joint Motion to Dismiss American General With Prejudice (the "Joint Motion"), Docket No. 33 filed on June 23, 2011), no objections having been filed due notice having been given and the court being fully advised in the premises, it is hereby ORDERED:

1. The Joint Motion is granted.

2. All claims of Plaintiffs against American General are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney's fees incurred with respect to this action.

3. The Court makes a finding pursuant to Federal Rule of Civil Procedure 54(b) incorporated herein by Federal Rule of Bankruptcy Procedure 7054 that there is no just reason to delay entry of a final judgment.

4. This Order constitutes a final judgment under Federal Rule of Civil Procedure 58, incorporated herein by Federal Rule of Bankruptcy Procedure 7058, with respect to Plaintiffs' claims against American General.

5. This Order does not affect Plaintiffs' claims against the remaining defendants in this action or American General's cross claim.

- 3 -

IT IS SO ORDERED.

# # #

Submitted By:

AMERICAN GENERAL LIFE INSURANCE COMPANY, AMERICAN GENERAL SECURITIES, INC., NOW KNOWN AS SAGEPOINT FINANCIAL ADVISORS, INC., AND THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

    */s/ William H. Hoch*
    William H. Hoch, OBA #15788
    CROWE & DUNLEVY
    20 North Broadway, Suite 1800
    Oklahoma City, Oklahoma  73102
    Telephone:  405-239-6692
    Facsimile:  405-272-5240

and

Robert B. Millner
Christopher D. Soper
SNR DENTON US LLP
233 S. Wacker Dr., Suite 7800
Chicago, Illinois  60606-6404
Telephone:  312-876-8000
Facsimile:  312-876-7934

and

Lee E. Bains, Jr.
Stephen C. Jackson
MAYNARD COOPER & GALE P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Telephone:  205-254-1172
Facsimile:  205-714-6337

ATTORNEYS FOR AMERICAN GENERAL LIFE INSURANCE COMPANY, AMERICAN GENERAL SECURITIES, INC., NOW KNOWN AS SAGEPOINT FINANCIAL ADVISORS, INC., AND THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

and

PLAINTIFFS, CLAUDE YOUNG, et al.

>*/s/ John L. Malesovas*
> MALESOVAS LAW FIRM
> 816 Congress, Suite 1265
> 1265 Austin, Texas 78701

and

> Anthony L. Vitullo
> Laura Richards Sherry
> FEE SMITH SHARP & VITULLO, LLP
> Three Galleria Tower
> 13155 Noel Road, Suite 1000
> Dallas, Texas 75240

ATTORNEYS FOR PLAINTIFFS, CLAUDE YOUNG, et al.